IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMDOCS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JENNIFER MADELINE | : | NO. 14-5339 |

### ORDER

**AND NOW**, this 26th day of January, 2015, upon consideration of the Defendant's Motion to Dismiss Count II of Plaintiff's First Amended Complaint (Document No. 29) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.